UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3105 FMO (JCx) | Date | July 25, 2019 |
|---|---|---|---|
| Title | Young Lee v. Steven Kellerman d/b/a Sun-Fax Arco | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service of Complaint

Having reviewed plaintiff's Response to Order to Show Case Re: Dismissal for Lack of Prosecution, (Dkt. 10), in which plaintiff seeks additional time to serve defendant, IT IS ORDERED THAT:

1. Plaintiff shall serve defendant no later than **August 8, 2019**, and shall file a proof of service no later than **August 12, 2019**.

2. Plaintiff is admonished that failure to file a proof of service by the August 8, 2019, deadline will result in the action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |