JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/19/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG LEE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN KELLERMAN d/b/a SUN-FAX ARCO,<br><br>　　　　　Defendant. | Case No. CV 19-3105 FMO (JCx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**.

Dated this 19th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge